# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

___

| | | |
|---|---|---|
| **SHIRLEAN TATE WALKER,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 18-2624-JPM-tmp |
| **U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE HOLDERS OF THE CIM TRUST 2017-4, MORTGAGE BACKED NOTES, SERIES 2017-4, and SELECT PORTFOLIO SERVICING,** | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

___

## ORDER GRANTING MOTION TO COMPEL
___

Before the court by order of reference is defendant Select Portfolio Servicing's ("SPS") Motion to Compel, filed on April 29, 2019. (ECF Nos. 32 & 33.) Plaintiff Shirlean Tate Walker's response to that motion was due on or before May 13, 2019. See LR 7.2(a)(2). As of May 14, 2019, no response has been filed. Accordingly, the motion is GRANTED.

SPS represents that it served Interrogatories and Requests for Production of Documents to Walker's counsel via email on February 28, 2019. (ECF NO. 32 at 1.) Thereafter, SPS has "made numerous attempts to obtain Ms. Walker's discovery responses, which were originally due by April 1, 2019. Ms. Walker has not responded to any of SPS' good faith efforts to work with Ms. Walker on the discovery deadline." (Id. at 2.) The deadline for all fact

discovery is May 31, 2019.  (ECF No. 26 at 1.)

Walker is ORDERED to submit responses to the interrogatories and requests for production of documents within ten days of entry of this Order.  Because Walker has failed to respond, any objections that she may have had are deemed waived.  Failure to comply with this court's order may result in sanctions, including dismissal of the case without further notice.  <u>See</u> Fed. R. Civ. P. 37(b)(2)(A).

IT IS SO ORDERED.

s/ Tu M. Pham
TU M. PHAM
United States Magistrate Judge

May 14, 2019
Date
